PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

---

**CRAIGHEAD COUNTY, Arkansas, et al., Appellants, v. WATSON INVESTMENT CO., etc., et al.**

No. 9980.

Circuit Court of Appeals, Eighth Circuit.

June 16, 1934.

Horace Sloan, of Jonesboro, Ark., for appellants.

Arthur L. Adams and Charles D. Frierson, both of Jonesboro, Ark., for appellees.

PER CURIAM.

Appeal dismissed at costs of appellant, per stipulation of parties.

---

**CURTIS LIGHTING CO. v. HILAM, Inc.**

No. 4810.

Circuit Court of Appeals, Seventh Circuit.

June 4, 1934.

Ervin J. Youngerman, of Milwaukee, Wis., and Irving E. Hollobow, of Chicago, Ill., for appellant.

Casanave Young, of Milwaukee, Wis., for appellee.

Before EVANS, SPARKS, and FITZHENRY, Circuit Judges.

PER CURIAM.

On motion of counsel for appellants, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed, with costs.

---

**DETROIT FIDELITY & SURETY CO., Appellant, v. UNITED STATES of America.**

No. 9841.

Circuit Court of Appeals, Eighth Circuit.

May 7, 1934.

S. P. Halpern, of Minneapolis, Minn., and Roger S. Rutchick, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., and O. A. Blanchard, Asst. U. S. Atty., both of St. Paul, Minn.

PER CURIAM.

Appeal dismissed without costs to either party in this court, per stipulation of parties.

---

**Eugene E. DEVOE v. Josephine SOBCZAK, Administratrix.**

No. 6806.

Circuit Court of Appeals, Sixth Circuit.

June 6, 1934.

E. Dean Alexander, of Detroit, Mich., for appellant.

Kinnane & Manary, of Bay City, Mich., for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.